MANINDER BHUGRA, Appellant, v MASSACHUSETTS CASUALTY IN-
SURANCE COMPANY et al., Respondents.

Submitted November 7, 2011; decided December 20, 2011

Reported below, 2011 NY Slip Op 68561(U).

Motion for reconsideration of this Court's September 20, 2011
dismissal order denied [*see* 17 NY3d 850 (2011)].

WILLIAM E. BURKHART, JR., Appellant, v STEVEN V. MODICA et
al., Respondents.

Submitted November 7, 2011; decided December 20, 2011

Reported below, 81 AD3d 1356.

Motion for leave to appeal etc. denied.

In the Matter of the Foreclosure of Tax Liens by COUNTY OF
SCHUYLER. COUNTY OF SCHUYLER, Respondent; EDWARD SOL-
OMON JR., Respondent, and SOLOMON FINANCIAL CENTER,
INC., Appellant. MARGARET E. STARBUCK, as County Trea-
surer of the County of Schuyler, et al., Respondents.

Submitted November 7, 2011; decided December 20, 2011

Reported below, 83 AD3d 1243.

Motion for reargument of motion for leave to appeal denied
[*see* 17 NY3d 850 (2011)].

PAUL ELDRIDGE, Respondent, v CARMEL CENTRAL SCHOOL DIS-
TRICT BOARD OF EDUCATION et al., Appellants.

Submitted November 7, 2011; decided December 20, 2011

Reported below, 82 AD3d 1147.

Motion for leave to appeal, insofar as made by the Carmel
Central School District Board of Education, dismissed upon the
ground that the Board is not a party aggrieved (*see* CPLR 5511);
motion for leave to appeal otherwise dismissed upon the ground
that the order sought to be appealed from does not finally
determine the action within the meaning of the Constitution.